IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELORIS PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEXAS DEPARTMENT OF FAMILY ) <br> PROTECTIVE SERVICES and UNITED ) <br> STATES DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> Defendants. ) | Civil Action No. 3:18-CV-3298-C |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Deloris Phillips' Motion for Leave to File Petitioner's Complaint for Injunctive Relief; Plaintiff's Motion to Compel Preparation of a Vaughn Index; Motion for Hearing; and Motion for Appointment of Counsel with Declaration Under Penalty of Perjury, and Application to Proceed in District Court without Prepaying Fees or Costs, both filed December 14, 2018, and Petitioner's Motion for Summons of Original Complaint, filed December 22, 2018, should all be denied. Plaintiff timely filed objections to the Magistrate Judge's Recommendations on December 31, 2018.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having considered Plaintiff's objections, the Court is of the opinion that they are without merit and should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is, therefore, **ORDERED** that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motion for Leave to File Petitioner's Complaint for Injunctive Relief; Plaintiff's Motion to Compel Preparation of a Vaughn Index; Motion for Hearing; and Motion for Appointment of Counsel with Declaration Under Penalty of Perjury, and Application to Proceed in District Court without Prepaying Fees or Costs, both filed December 14, 2018, and Petitioner's Motion for Summons of Original Complaint, filed December 22, 2018, are hereby **DENIED**.

Furthermore, the above-styled and -numbered civil action is hereby **DISMISSED**. The Clerk of the Court is directed to close this civil action and is further advised that any future motions filed in this action shall docketed for administrative purposes only and thereafter terminated.

SO ORDERED this 14th day of January, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE