IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DELORIS PHILLIPS,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-3298-C-BH |
| | ) | |
| **TEXAS DEPARTMENT OF FAMILY** | ) | |
| **and PROTECTIVE SERVICES;** | ) | |
| **and UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY,** | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), before the Court is the plaintiff's *Application to Proceed in District Court without Prepaying Fees or Costs*, received January 17, 2019 (doc. 14).

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  See Fed. R. App. P. 24(a)(5).**

**SIGNED this 18th day of January, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE